# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ARTURO E. MATTA** a/k/a **ARTURO MATTA** and **MARIA A. MATTA** a/k/a **MARIA MATTA,**
Appellants,

v.

**WILMINGTON SAVINGS FUNDS SOCIETY, FSB,** d/b/a **CHRISTIANA TRUST,** not individually, but as **TRUSTEE FOR PETRIUM MORTGAGE ACQUISITION TRUST,**
Appellee.

No. 4D18-2711

[May 1, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Senior Judge; L.T. Case No. 14-8706.

Bruce K. Herman of The Herman Law Group, P.A., Fort Lauderdale, for appellants.

Adam J. Knight and Jacqueline Simms-Petredis of Burr & Forman LLP, Tampa, for appellee.

PER CURIAM.

*Affirmed. See Brown v. M & T Bank*, 183 So. 3d 1270 (Fla. 5th DCA 2016); *State St. Bank & Tr. Co. v. Badra*, 765 So. 2d 251 (Fla. 4th DCA 2000).

TAYLOR, LEVINE, JJ., and ROWE, CYMONIE, Associate Judge, concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*